IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-rj-00017-NONE-KLM

VASSIL KRAPF,

    Plaintiff,

v.

VIRTUOSO SOURCING GROUP, LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion for Judgment Debtor Examination of Defendant** [Docket No. 3; Filed August 27, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#3] is **GRANTED**.  A two-hour hearing is set for **October 18, 2012 at 1:30 p.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. **Representatives for Plaintiff and Defendant shall appear in person**.

IT IS FURTHER **ORDERED** that Plaintiff shall insure Defendant's attendance through service of a subpoena pursuant to Fed. R. Civ. P. 45, and shall file the return of service on the subpoena with the Court promptly after service.

IT IS FURTHER **ORDERED** that the Clerk shall mail a copy of this Minute Order to Defendant at the addresses provided by Plaintiff in the certificate of service.  *Motion* [#3] at 3.

Dated:  August 29, 2012